UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

OCT 1 1 2011

~~CLERK~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA SANCHEZ, | \* | CIV 10-4084 |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| | \* | |
| SANFORD CLINIC; SANFORD | \* | |
| ORTHOPEDICS & SPORTS MEDICINE; | \* | |
| and TIMOTHY J. LeeBURTON, | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation for Dismissal, Doc. 30, it is hereby,

ORDERED, ADJUDGED AND DECREED that this action and all claims by any party herein are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this ___ day of October, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY